| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* CR-1-01-55-09 |
|---|---|---|
| **TRANSFER OF JURISDICTION** 05 JUL -1 PM 8:53 | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Jesus Jaime Oviedo 511 Commerce Street San Benito, Texas 78586 | DISTRICT SOUTHERN DISTRICT OF OHIO | DIVISION Cincinnati |
|---|---|---|
| | NAME OF SENTENCING JUDGE Herman J. Weber | |
| | DATES OF SUPERVISED RELEASE: | FROM 02/25/2005 — TO 02/24/2009 |

OFFENSE

Conspiracy to Distribute and to Possess With Intent to Distribute Marihuana and Cocaine, in violation of 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Texas on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

3/22/05
Date

United States District Judge / Herman J. Weber

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

March 30, 2005
Effective Date

United States District Judge Hilda G. Tagle